Hudy WILKERSON, Appellant, v. UNITED STATES of America, Appellee.

No. 7420.

Circuit Court of Appeals, Sixth Circuit.

Feb. 17, 1938.

J. S. Edmondson, of Memphis, Tenn., for appellant.

William McClanahan, of Memphis, Tenn., for appellee.

Before HICKS and ALLEN, Circuit Judges, and DRUFFEL, District Judge.

PER CURIAM.

It appearing to the court that there was not substantial evidence that the veteran,

Hudy Wilkerson, appellant, became totally and permanently disabled within the life of the War Risk Insurance policy sued on, it is therefore ordered and adjudged that the judgment of the District Court be, and the same is, affirmed.